**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:25CR00010-001** |
| | : | |
| | : | |
| **v.** | : | **JUDGE DOUGLAS R. COLE** |
| | : | |
| | : | |
| **JOHNATHON BROWN** | : | **DEFENDANT JOHNATHON** |
| | : | **BROWN'S SENTENCING** |
| **Defendant.** | : | **MEMORANDUM** |

## I.      INTRODUCTION

Johnathon Brown is before the Court for sentencing after having pled guilty to one count

(Count one of the indictment) of Sexual Exploitation of Children a Class B Felony in violation of

18 U.S.C. §§ 2251(a) and (e).  Johnathon has also pled guilty to two counts (Counts 2 and 3 of

the indictment) of Attempted Sexual Exploitation of Children, both Class B Felonies in violation

of 18 U.S.C. §§ 2251(a) and (e).   The charges are each punishable by a mandatory minimum of

15 years to 30 years imprisonment; at least five years up to lifetime supervised release, a

$250,000 fine; restitution; a $5,000 special assessment pursuant to the Justice for Victims of

Trafficking Act (JVTA); not more than $50,000 special assessment per the Amy, Vicky, and

Andy Act of 2018 (AVAA), and a $100 special assessment.

Johnathon understands just how harmful his actions were. He does not wish minimize the

seriousness of his actions.  He knows that he must fact imprisonment for what he has done in this

case and he is ready to accept his sentence.  He asks that Court accept the 11(c)(1)(C) plea that

was submitted in this matter.  Further he asks that the Court sentence him to fifteen years in

1

prison followed by the agreed upon term of supervised release. As there have been no requests for restitution, Johnathon asks that the Court impose the mandatory minimum restitution amount of $3,000.00 per victim. Johnathon is facing a lengthy incarceration sentence and does not have the ability to pay a fine, therefore he asks that no fine be imposed by this Court.

Johnathon is extremely remorseful for what he has done and attaches a letter to the Court addressing his behavior and who he is as a person. While Johnathan is asking the Court for the minimum sentence contemplated by statute and the plea agreement, that does not mean he is asking for a lenient sentence. A prison sentence of 15 years is a substantial period of his life and reflects the seriousness of the harm that he has inflicted upon his victims.

## II.    JOHNATHON'S BACKGROUND

To say that Johnathon had a tough childhood would be an understatement. Johnathon grew up poor in a bad neighborhood. To make matters worse, it appears that he was raised in an abusive household as well. As Johnathon notes, he was frequently slapped as a form of discipline, and on at least one his grandmother, threw a vase at him. Ultimately, to cope with his childhood, Johnathon began abusing alcohol and marijuana by age 13. He also began using steroids around this time. At age 17, Johnathon was raped after a bar owner gave him Xanax pills.

Johnathon's early adult life was not much better than his childhood. At age 18 he was ordered to move out of his mother's house because she got married. With no way to support himself, he was forced to live with friends. He also fathered his first child around this age and dropped out of high school to help support the child.

At some point Johnathon began exhibiting very serious mental health issues. His mother points stated that he began auditory hallucinations in the form of hearing voices. He has been

2

diagnosed with schizophrenia and has been hospitalized for attempting to commit suicide.  He has also been diagnosed with major depressive disorder, social anxiety, and generalized anxiety disorder.  As noted in the psr, Johnathon has prescribed citalopram and olanzapine while he has been incarcerated to deal with his mental health issues.

## III.    CRIMINAL CONDUCT

The PSR accurately reflects Johnathon's behavior in breaking the law and he takes full responsibility for his actions.

## IV.    ARGUMENT

Johnathon is asking the Court to consider his lack of violent criminal history, and the unique circumstances of his life in crafting a sentence.

The factors set forth in 18 U.S.C. § 3553(a) indicate that a sentencing court is to "impose a sentence sufficient, but not greater than necessary to comply with the purposes set forth in paragraph two."  Section 3553 (a)(2) states that such purposes are:

1.    To reflect the seriousness of the offense, to promote respect for the law, and to provide for just punishment of the offense;

2.    To afford adequate deterrence to criminal conduct;

3.    To protect the public from further crimes of the defendant; and

4.    To provide the defendant with needed educational or vocational training, medical care or other correctional treatment in the most effective manner.

There is no question that these charges are among the most serious of offenses.  The sentence that Johnathon is asking for is a lengthy one which respects the seriousness of the crimes he has committed.  Likewise, a fifteen-year sentence shows respect for the law and is an adequate punishment for the offense.

Further, there is no question that a sentence of that length is an adequate deterrence to any further criminal conduct.  Johnathon's sentence, should the Court grant his request, will incarcerate him for a significant portion of his life.  That is a more than adequate deterrence to any further criminal conduct.

In that same vein, Johnathon will not be able to commit any crime against the public for a very long time.

Finally, there are facilities where Johnathon can get the mental health  and substance abuse treatment that he needs which will ensure that he will not commit crimes in the future.

While it is very easy to look at the crimes and think only about punishment, Johnathan is a human being, who deserves to have his humanity considered when crafting a sentence.  He is a kind, funny human being who has endured an extreme amount of trauma in his life. Unfortunately, that trauma combined with his mental illness, which has not been adequately addressed has led him to hurt other people.  For that he is truly sorry and recognizes he deserves punishment.  He asks that the Court sentence him to 15 years in prison (180 months) followed by 20 years of supervised release.

Johnathon also asks that this sentence be ran concurrent with his sentence that he is currently serving in Warren County.  The facts of that case stem from his arrest in this matter and are intertwined with the facts of this case.

## V.    CONCLUSION

Johnathon realizes that the crimes he committed were serious.   He has accepted the responsibility for his actions, and he stands ready to accept the sentence from the Court.  He asks the Court to consider the foregoing as well as the Pre-Sentence Report and sentence him to a term of 15 years (180 months) in prison followed by twenty years of supervised release.  Further,

he asks that the Court order the mandatory minimum amount of $3,000.00 restitution per victim and no fine.  Finally, Johnathon asks that his sentence in this matter be ran concurrently with his state court sentence in Case No. 24CR041931 from Warren County.

Respectfully submitted,

s/ *Kory Jackson*
Kory A. Jackson (0072572)
Jackson Law Office, LLC
810 Sycamore St.
First Floor
Cincinnati, Ohio 45202
Tel:    (513) 338-1999
Fax:    (513) 621-8703
Email: kajackson@cincilaw.net

Attorney for Johnathon Brown

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served through the Court's electronic filing system on all counsel of record this 17th day of March, 2026.

s/ *Kory Jackson*

5