To the honorable judge Cole:

I wanted to take a few moments to tell you about who I am. I am the proud father of five children and my family means everything to me. When I was 16, I learned I was having my oldest daughter and I dropped out of high school in order to be able to help support her, first by working 12 hours a day 6 days a week at a steel mill and later as a truck driver. I take significant pride in being able to support my children and my wife.

I also want to express how profoundly sorry I am for the crime I have committed and the impact it has had on the victim and her family as well as everyone that it has impacted. I so regret the harm that I've caused. When I was 17, I was the victim of sexual assault and the trauma from that event still remains. I'm not looking to excuse my actions - they are inexcusable - but the sexual assault forever changed me and I profusely apologize that I have caused someone else to experience that pain.

I want the court to know I am working to

better myself since I have been incarcerated. I am going back to school to try to earn my high school diploma, which I hope to achieve later this year. I'm asking the court for leniency and a second chance to leave behind a positive legacy for myself and become a better role model to my children. Thank you for your time.